UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JUSTICE, MICHAEL T.,                         Case No. 10-65007 TJT
                                                          Chapter 7
        Debtors.                               HON. THOMAS J. TUCKER
_____/

## ORDER REGARDING CLAIM NOS. 1,2,3,5,6 AND 7

Upon the filing of the **Trustee's Objections to Claim Nos. 1,2,3,5,6 and 7,** no responses to the Objections having been filed, and the Court being fully advised in the premises;

**NOW, THEREFORE;**

**IT IS HEREBY ORDERED** that Claim No. 1 filed by Marathon Petroleum Co. be allowed as an unsecured claim, but only in the amount of $1,648.21;

**IT IS HEREBY ORDERED** that Claim No. 2 filed by Capital One Bank (USA), N.A. be allowed as an unsecured claim, but only in the amount of $12,389.94;

**IT IS HEREBY ORDERED** that Claim No. 3 filed by PRA Receivables Management, LLC be allowed as an unsecured claim, but only in the amount of $7,051.48;

**IT IS HEREBY ORDERED** that the priority portion of Claim No. 5 filed by IRS be denied in its entirety; and the unsecured portion be allowed, but only in the amount of $181.76;

**IT IS HEREBY ORDERED** that Claim No. 6 filed by United Consumers Financial Services be allowed as an unsecured claim, but only in the amount of $747.96; and

**IT IS HEREBY ORDERED** that Claim No. 7 filed by IRS be as a priority claim in the amount of $5,980.92 and an unsecured claim in the amount of $530.65 be denied in its entirety.

.

**Signed on September 05, 2013**

_____/s/ Thomas J. Tucker_____
Thomas J. Tucker
United States Bankruptcy Judge